**COURTROOM DEPUTY TRAINING**: AGENDA, OBJECTIVES AND EXERCISES

# OBJECTIVES

- Familiarity with judges of our district, civil and criminal assignment and case initiating documents.
- Understanding how to:
    - Run ECF reports (Query, Docket Sheet, DAR, other statistical/chambers reports)
    - Docket CRD specific events (Clerk's Notices, Orders, Minutes)
    - Schedule/vacate hearings
    - Fix docketing errors
- Hands on ECF docketing experience

# AGENDA

| CRD Role | Background information on CRD role and responsibilities, judges, case assignment and initiating documents |
|---|---|
| ECF Overview | • Menu overview<br>• Run Query and related reports<br>• Run Docket Activity Report (DAR), Run other statistical/chambers reports<br>    ○ Consent/Declination deadlines (MJ)<br>    ○ Statistical Reports (CJRA, MTR, MJSTAR, MJ Monthly Report)<br>    ○ Ripe motions report (Law Clerks) |
| CRD Functions within ECF | **Clerk's Notices**<br>• Continuances or settings (hearings on motions, case management conferences, status conferences)<br>• Scheduling Remote/Virtual hearings<br>    ○ Managing Zoom Local Recordings i.e. G:\Zoom-SFRecordings\AGT<br>    ○ Managing Zoom Cloud Recordings<br>    ○ Setting Telephonic Clerk's Notices with ATT info<br>• *Courtroom Locations:* Video Conference, Teleconference, To Be Determined<br>• Magistrate coverage<br>    ○ Consent/Declination reminders<br>    ○ Impending reassignment<br>**Orders/Chambers documents**<br>• Orders on Motions<br>• Orders on Prisoner Motions<br>• Other Orders/Judgments<br>• Gavel orders<br><br>**Minute Entries**<br>• Case Management Conferences<br>• Motion hearings<br>• Status Hearings<br>• *Criminal specific:* Initial Appearances, Detention, Bonds, Plea, Sentencings (CR docketing)<br>• *Courtroom Locations:* Video Conference, Teleconference, To Be Determined<br>• Magistrate Criminal Duty<br><br>**Fixing docketing errors**<br><br>**Related Applications**<br>• Global Calendar, CourtSpeak, Liberty |

**COURTROOM DEPUTY TRAINING**: AGENDA, OBJECTIVES AND EXERCISES

# BACKGROUND INFORMATION

## COURTROOM DEPUTY ROLE AND RESPONSIBILITES

| | |
|---|---|
| **Job Summary** | This position is located in the Clerk's Office in the U.S. District Court. The incumbent manages the judge's caseload and provides courtroom and other assistance through management of court calendars, attending court proceedings, recording pertinent results for minutes, and posting orders and judgments. The position description that follows is not intended to be all inclusive. Periodically, other duties may be assigned. |
| **Representative Duties** | • Manages judge's cases by calendaring and regulating their movement; monitoring filing of pertinent documents and timely responses to judicial orders; and setting dates and times for hearings, trials and conferences. Keeps judge and immediate staff informed of case progress.<br>• Reviews information relating to pending cases to ensure that all records and reference material are available for use by the judge and counsel.<br>• Attends court sessions and conferences. Assists with the orderly flow of proceedings by setting up the courtroom, assuring presence of all necessary participants, managing exhibits, and performing other tasks as necessary. Takes notes of proceedings and rulings and prepares minute entries, drafts judgments for the judge's approval (depending on chambers), and electronically files court generated documents.<br>• Acts as liaison among the clerk's office, the bar and the judge to ensure that cases proceed smoothly and efficiently. Serves as a primary source of information on scheduling conferences, hearings, trials, and other case processes. |
| **Daily Duties** | • Conduct initial case review<br>• Schedule hearings and conferences<br>• Calendar deadlines<br>• Coordinate prisoner appearances with Marshals<br>• Coordinate interpreters for criminal proceedings<br>• Manage communications with chambers regarding urgent matters<br>• Prepare minutes outlining details of court proceedings<br>• Draft Clerk's Notices outlining case deadlines and hearings<br>• Post orders and judgments<br>• Assist the public with case inquiries<br>• Prepare files and trial notebooks for proceedings<br>• Order audio visual equipment (as needed)<br>• Formally open court<br>• Swear in witnesses<br>• Track exhibits<br>• Assists the jury in all aspects<br>• Provide coverage for other CRDs |

**COURTROOM DEPUTY TRAINING**: AGENDA, OBJECTIVES AND EXERCISES

| **JUDGES** | |
|---|---|
| **District Judges (DJ)** | Appointed by the President and confirmed by the Senate for a lifetime appointment. Handles both civil and criminal cases. May also handle their own discovery proceedings or refer discovery related matters to a magistrate judge |
| **Magistrate Judges (MJ)** | Appointed by the District Judges of our court for an 8-year term. Handles both civil and criminal cases. Parties must consent for the magistrate to hear their case for all purposes including trial. MJs will also handle discovery and settlement proceedings by referral. |
| [General Duty](#) | Both DJs and MJs rotate a general duty assignment. A duty schedule for DJs and MJs is posted online ([internally](#) and [externally](#)).<br><br>For DJs, coverage rotates to one judge for the entire district and may handle both civil and criminal matters for hearing or paperwork.<br><br>For MJs, Oakland and San Jose share rotation between their divisional offices. San Francisco MJs rotate for SF. MJ duty is typically related to criminal hearings and paperwork. |

**COURTROOM DEPUTY TRAINING**: AGENDA, OBJECTIVES AND EXERCISES

**MAPS - JUDICIARY AND CAND JURISDICTION**



**Map of USCA and USDC Boundaries**



**Map of CAND Jurisdiction**

# COURTROOM DEPUTY TRAINING: AGENDA, OBJECTIVES AND EXERCISES

## CIVIL ASSIGNMENT

| VENUE | |
|---|---|
| Office | Counties |
| (1) Eureka/McKinleyville | Del Norte, Humboldt, Lake and Mendocino |
| (3) San Francisco **and** (4) Oakland | Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo and Sonoma |
| (5) San Jose | Santa Clara, Santa Cruz, San Benito and Monterey |

| CASE TYPE | Initiating Documents |
|---|---|
| CV | Complaint, Notice of Removal, Petition |
| MC | Registration of Judgment from another District • Documents Subject to a Pre-filing Review Order • Mtn to Quash Deposition Subpoena • Letters Rogatory from Other Districts. • Attorney Disciplinary Matters. • Administrative Deposition Subpoena. • Receiverships. • Some Bankruptcy Proceedings (e.g., Leave to Appeal, Stay Pending Appeal). • Motion to Quash Summons. • Proceedings Against Sureties. • Request for Issuance of Subpoena to Identify Infringer 17 U.S.C. § 512. |
| MD | Direct from the JPML |

## CRIMINAL ASSIGMENT

| VENUE | |
|---|---|
| Office | Counties |
| (1) Eureka/McKinleyville | Del Norte, Humboldt, Lake and Mendocino |
| (3) San Francisco | Marin, Napa, San Francisco, San Mateo and Sonoma |
| (4) Oakland | Alameda, Contra Costa |
| (5) San Jose | Santa Clara, Santa Cruz, San Benito and Monterey |

| CASE TYPE | Initiating Documents |
|---|---|
| CR | Indictment, Information, Transfers, Misdemeanors (MJ) |
| XR | Pen Registers/Track and Trace • Grand Jury matters. • Wire Interceptions. • Motion for a Protective Order. • Warrant of Arrest of a Juror. • Video Interceptions. • Proceedings Against Sureties |
| MJ | Complaint, Rule 5, Search/Seizure Warrant |

**COURTROOM DEPUTY TRAINING**: AGENDA, OBJECTIVES AND EXERCISES

# EXERCISE CHART

| No. | Type | Initiating Document | Highlight of Training Exercises | Test Cases |
|---|---|---|---|---|
| 1. | NA | NA | Overview of ECF Menu Options<br>• Civil<br>• Criminal<br>• Query<br>• Reports<br>   o Docket Activity Report (DAR)<br>   o Docket Sheet<br>   o Consent/Declination Deadline<br>   o Ripe Motions Report<br>   o CJRA<br>   o MJSTAR (Magistrate Judges)<br>   o Magistrate Monthly Report<br>   o MTR (District Judges)<br>• Utilities | 3:09-cv-09999<br>3:09-cr-09999 |
| 2. | CV/CR | Clerk's Notice | • Continuing Hearings on Motions<br>• Continuing Case Management Conferences<br>• Continuing Status Conferences<br>• Continuing Other CR hearings (Initial Appearances/Detention/Change of Plea/Sentencings)<br>• Scheduling Zoom hearings<br>Magistrate Coverage<br>• Consent/Declination reminders (civil)<br>• Impending reassignment (civil) | 3:09-cv-09999<br>3:09-cr-09999 |
| 3. | CV | Order on Motions | • Stipulation Continuing Briefing/Hearing<br>• Pro Hac Vice Motions<br>• Orders Granting IFP Applications (PSP)<br>• Order of Dismissal with Leave to Amend (PSP) | 3:09-cv-09999 |
| 4. | CR | | • Stipulation Continuing Hearing Date | 3:09-cr-09999 |
| 5. | CV | Other Orders/Judgments | • Case Management Conference Scheduling Order | 3:09-cv-09999 |
| 6. | CV/CR | Minutes | • Case Management Conferences<br>• Motion hearings<br>• Status Hearings<br>• Criminal duty specific: Initial Appearances, Detention, Bonds, Plea, Sentencings (will send to CR docketing) | 3:09-cv-09999<br>3:09-cr-09999 |
| 7. | CV/CR | Fixing Errors | • Using Edit Docket Entries to make notation of entries<br>• Refiling document correctly and set deadlines/hearings if needed. | |
| 8. | NA | NA | **Related Applications**<br>• Global Calendar<br>• CourtSpeak<br>• Liberty | |